**Order entered November 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01219-CV

**LINA CAGGIANO-BOER, Appellant**

**V.**

**CORY SCOTT MILLER, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-05935-2017**

## ORDER

Before the Court is appellant's November 22, 2019 motion for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the reporter's record be filed no later than December 27, 2019.

/s/ ERIN A. NOWELL
JUSTICE